FILED
2011 Apr-18  PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Juan Baltazar Diego-Jose | )   Case No.  MAG 11-107 |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 16, 2011_____ in the county of _____Jackson_____ in the

___Northern___ District of ___Alabama___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1015(e) | False claim of citizenship |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Donna J. Layman, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____04/18/2011_____

_____
_Judge's signature_

City and state: _____Birmingham, AL_____

John E. Ott, U.S. Magistrate Judge
_Printed name and title_

<u>AFFIDAVIT</u>

I, Donna J. Layman, after being duly sworn in due form of law, depose and say that:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI) U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security. I have been a Special Agent with ICE since its inception, in 2003. Prior to that inception, I was a Special Agent with the US Immigration and Naturalization Service since 1998. Prior to that, I was a Border Patrol Agent since 1994. As an agent, I investigate and enforce any and all federal violations regarding Customs and Immigration laws, including but not limited to, goods, services, technology and people entering and exiting the United States, whether legally or illegally.

2. This affidavit is made in support of a criminal complaint for Juan Baltazar DIEGO-JOSE. The defendant is a native and citizen of Guatemala born on July 12, 1978.

3. On March 16, 2011, Task Force Officer Sgt Cantrell and Cpl Osborne of the Alabama Department of Public Safety encountered an individual at the Scottsboro Driver's License Office claiming to be United States citizen. The individual, Baltazar DIEGO-JOSE, presented an Arkansas Identification card (915963204) and Texas birth certificate (7315) in the name of Samuel Uvalle and with the birth date of 11/04/76 as identification. When asked why the birth certificate was issued on 06/02/97, DIEGO-JOSE stated that was when his father gave it to him. TFO Sgt Cantrell called HSI SA Donna J Layman and notified her of the incident. After SA Layman's arrival, DIEGO-JOSE initially continued to claim to be Samuel Uvalle and United States citizen born in Texas. During further questioning, DIEGO-JOSE changed his story several times. At one point, DIEGO-JOSE claimed to be a Mexican citizen named Andres Gaspar. After being advised of his rights in English and Spanish, DIEGO-JOSE stated that he is a citizen of Guatemala, that his name is Juan Baltazar DIEGO-JOSE and that his birth date is 07/12/78.

4. On March 16, 2011, Special Agent Donna J Layman queried Juan Baltazar DIEGO-JOSE's information through multiple United States Immigration databases. The checks revealed no attempts or applications from DIEGO-JOSE to legally be present in the United States. On March 16, 2011, DIEGO-JOSE's fingerprints were submitted through the IDENT/IAFIS biometric database which also revealed no prior immigration records. It was determined from DIEGO-JOSE's statements

and the records checks that he was indeed an unlawfully present foreign national and unlawfully in possession documents indicating him to be a United States citizen.

5.  On March 16, 2011, records checks run on the Samuel Uvalle, DOB 11/04/76, indicated a person does exist with that name and birth date, born in Texas and currently in prison. Subsequently, a call was placed to the Texas Bureau of Vital Statistics and it was confirmed that a valid Texas birth certificate was issued for Samuel Uvalle DOB 11/04/76.

6.  Based on the foregoing information, the defendant, who being an alien illegally and unlawfully in the United States, did knowingly and unlawfully claim to be an United States citizen in violation of, but not limited to, Title 18, United States Code, 1015 (e).

Donna J. Layman
Special Agent

Subscribed and sworn before me this 18th day of April, 2011

John E. Ott
United States Magistrate Judge